UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRY L. DEN ADEL, *et al.*,

    Plaintiffs,

v.

WELLS FARGO BANK N.A., *et al.*,

    Defendants.

No. C11-0212RSL

ORDER DENYING MOTION TO AMEND

On July 11, 2011, the Court granted in part plaintiff's motion for leave to file a third amended complaint in this litigation. See Dkt. # 43. After reviewing all of the proposed claims, the Court determined that only two of them would be permitted to proceed. Plaintiffs were directed to file and serve a third amended complaint containing only the "Erroneous Default" and "Declaratory Relief" claims substantially as set forth in the proposed pleading, Dkt. # 36. Plaintiffs have not done so. Instead, they filed another motion for leave to amend seeking to assert at least eight (and possibly twelve) causes of action in addition to a version of the "Erroneous Default" claim. Dkt. # 46-51.

This action has been pending since February. In the intervening months, plaintiffs have filed six versions of their complaint, not all of which became operative. Defendants, meanwhile, filed a series of motions to dismiss the complaints that were preempted or undone by subsequent amendments. Earlier this month, the Court reviewed plaintiffs' most recent complaint and specified which claims could be asserted and which would be futile. Plaintiffs

were not authorized to rewrite their complaint yet again. The Court finds that, even after considering plaintiffs' *pro se* status, there is no justification for further revision of their complaint.

For all of the foregoing reasons, the most recent motion for leave to amend (Dkt. # 46) is DENIED and the proposed complaint filed on July 22, 2011, is STRICKEN. The Clerk of Court is directed to docket document # 36-1 as the "Third Amended Verified Complaint for Negligence." That document is now the operative pleading in this matter, but Counts 1, 3, 4, and 6 have already been dismissed. The only remaining claims are those entitled "Erroneous Default" and "Declaratory Relief."

Dated this 29th day of July, 2011.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge